1024

[No. 45701-2-I.   Division One.   February 11, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES LOMAN CARVER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-06431-1, Dean Scott Lum, J., entered November 2, 1999. *Affirmed* by unpublished per curiam opinion.

[No. 45963-5-I.   Division One.   February 11, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. MICHAEL E. PELLA, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 98-1-04828-6, Sharon S. Armstrong, J., entered February 4, 2000. *Affirmed* by unpublished per curiam opinion.

[No. 46374-8-I.   Division One.   February 11, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. ERIC LADON BANKS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 99-1-06330-5, Janice Niemi, J., entered March 13, 2000. *Remanded* by unpublished per curiam opinion.

[No. 46452-3-I.   Division One.   February 11, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. VITALY A. SHIBITOV, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 99-1-01017-8, David A. Nichols, J., entered March 27, 2000. *Affirmed* by unpublished per curiam opinion.